UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

INSURANCE COMPANY OF GREATER NEW
YORK, ET AL.,

                    Plaintiffs,

        - against -

PACIFIC INDEMNITY COMPANY,

                    Defendant.
_____

26-cv-414 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

**February 10, 2026.**

SO ORDERED.

Dated:    New York, New York
          January 27, 2026

                                        _____
                                            John G. Koeltl
                                    United States District Judge