UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INSURANCE COMPANY OF GREATER NEW YORK
et al,

                              Plaintiff(s)

                                                                    26 civ 414 (JGK)

          -against-

PACIFIC INDEMNITY COMPANY,
                              Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, May 27, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          May 20, 2026